ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 1 8 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARDEN McCANN,<br>  a/k/a RCQueen,<br>  a/k/a DRXanax,<br>  a/k/a Xanaxlabs,<br>  a/k/a Pasitheas,<br>  a/k/a TheMailMan,<br>  a/k/a WhiteYellowGreen,<br>  a/k/a XanaxBlotters. | Criminal Indictment<br><br>No. **1:20-CR-084**<br>UNDER SEAL |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America by and through counsel, Byung J. Pak, United States Attorney, and Nicholas Hartigan, Assistant United States Attorney, and respectfully requests that the attached Indictment, motion to seal and order be sealed for the following reasons:

1. The defendant named in this Indictment has not been apprehended. Public disclosure of the Indictment, this motion and any related orders in this matter would jeopardize this criminal investigation, and make it more difficult and dangerous to arrest the defendant, as well as put any actual or suspected cooperating witnesses and their families in danger.

2. The Government intends soon to seek the arrest of the defendant in Canada, and to seek his extradition. To that end, the Government requests

permission, notwithstanding that the Indictment will be Under Seal, to disclose the Indictment and arrest warrant to government personnel, including the U.S. State Department and a foreign government, as necessary to effect the arrest and extradition of the defendant.

WHEREFORE, the United States of America respectfully requests that this motion, the Indictment and ensuing order be sealed, except for any disclosures of the Indictment and the arrest warrant, to government personnel, including the U.S. State Department and a foreign government, as necessary to effect the arrest and extradition of the defendant.

Submitted this 18th day of February, 2020.

                                        Respectfully submitted,

                                        BYUNG J. PAK
                                          *United States Attorney*

                                        NICHOLAS HARTIGAN
                                          *Assistant United States Attorney*
                                        Georgia Bar No. 408147

                                        600 U.S. Courthouse
                                        75 Ted Turner Drive SW
                                        Atlanta, Georgia 30303
                                        404-581-6000; Fax: 404-581-6181