ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 18 2020

By: JAMES N. HATTEN, Clerk
         Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARDEN MCCANN,<br>    a/k/a RCQueen,<br>    a/k/a DRXanax,<br>    a/k/a Xanaxlabs,<br>    a/k/a Pasitheas,<br>    a/k/a TheMailMan,<br>    a/k/a WhiteYellowGreen,<br>    a/k/a XanaxBlotters. | Criminal Indictment<br><br>No. **1:20-CR-084**<br>UNDER SEAL |

## ORDER

Having read and considered the government's Motion to Seal Indictment and for good cause shown,

It is hereby ORDERED that the Indictment be sealed except that, notwithstanding that the Indictment will be Under Seal, the Government may disclose the Indictment and arrest warrant to government personnel, including the U.S. State Department and a foreign government, as necessary to effect the arrest and extradition of the defendant.

So ORDERED this 18th day of February, 2020.

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Presented by
Nicholas Hartigan, AUSA