U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00587)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.
　　　　　　　　　　　　UNDER SEAL
MAGISTRATE CASE NO.

X Indictment　　　　　　　　Information　　　　　　　　Magistrate's Complaint
DATE: February 18, 2020　　DATE:　　　　　　　　　　　DATE:

UNITED STATES OF AMERICA
vs.
ARDEN MCCANN,
A/K/A RCQUEEN, A/K/A DRXANAX, A/K/A XANAXLABS, A/K/A PASITHEAS, A/K/A THEMAILMAN, A/K/A WHITEYELLOWGREEN, A/K/A XANAXBLOTTER

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:　　**1:20-CR-084**

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Nicholas Hartigan
Defense Attorney: