# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Arden McCann,
a/k/a RCQueen, a/k/a DRXanax, a/k/a
Xanaxlabs, a/k/a Pasitheas, a/k/a
TheMailMan, a/k/a WhiteYellowGreen, a/k/a
XanaxBlotters

**Agent to Arrest**

Indictment/Information

**1:20-CR-084**

UNDER SEAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 1 8 2020

By: JAMES N. HATTEN, Clerk

Deputy Clerk

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Nicholas Hartigan
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of February, 2020.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL

BY: _____
2/19/2020 DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94